UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY LEE FLUKER,

    Plaintiff,

vs.                              Case No. 4:99CV20-WS

LARRY CAMPBELL, DR. SARASWATHI B.
TIRUMALASETTY and PATRICIA CATES,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, by counsel, notifies the Court that this case has settled. A notice of voluntary dismissal with prejudice will be filed as soon as settlement terms have been fulfilled.

                Respectfully submitted,

                /s/ David M. Frank

                David M. Frank
                Fla. Bar No. 997854
                Law Office of David M. Frank
                1403 Maclay Commerce Drive, Ste. 3
                Tallahassee, FL 32312
                (850) 894-5729
                (850) 894-5728 fax

                Dennis E. Boothe
                Fla. Bar No. 948527
                Dennis E. Boothe, P.A.
                2940 E. Park Avenue, Suite C
                Tallahassee, FL 32301
                (850) 216-2622
                (850) 216-2099 fax

                Attorneys for Plaintiff

01 MAY 10 PM 1: 19

FILED



1

2

CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to Barbara C. Fromm, Jolly, Peterson & Waters, P.O. Box 37400, Tallahassee, FL 32315-0400 and William R. Mabile, III, Fuller, Johnson & Farrell, P.A., P.O. Box 1739, Tallahassee, FL 32302-1739 by mail this 9th day of May, 2001.

_____
David M. Frank

2