IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY LEE FLUKER,

        Plaintiff,

vs.                                Case No. 4:99CV20-WS

LARRY CAMPBELL, DR. SARASWATHI B.
TIRUMALASETTY and PATRICIA CATES,

        Defendants.

_____

## MEDIATION REPORT

The mediator reports to the Court that a mediation conference was held on May 8, 2001. The parties amicably settled all issues of this case.

DATED this 11th day of May, 2001.

                                            DOMINIC M. CAPARELLO
                                            Messer, Caparello & Self, P.A.
                                            215 South Monroe Street
                                            Tallahassee, Florida 32301
                                            (Mediator)

Copies furnished:
The Honorable William Stafford
David Frank, Esquire
Dennis E. Boothe, Esquire
William R. Mabile, III, Esquire
Barbara C. Fromm, Esquire